Shannon L. Myers
1250 Winkles Rd
Sumter, SC 29153

IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plantiff, ) | Case No. 0:22-cr-00122-SAL |
| ) | |
| vs. ) | **NOTICE OF APPEAL** |
| ) | |
| Shannon L. Myers, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

COMES NOW the Defendant, Shannon L. Myers pro se, and hereby gives notice of appeal from the judgement and sentence imposed by this Court on 3-21, 2024

Respectfully submitted this 21 day of March, 2024.

Shannon L. Myers

Copy mailed this 21 day of March.
2024, to each of the following:

Federal Clerk of court
901 Richland St.
Columbia, SC 29201