3-21-24

I am writeing you today Requesting That you file my "Notice of Appeal". I am also requesting that I be appointed an appeal attorney. I had a panel attorney and his name is Andrew Farley and I was not happy with him as my attorney. I am requesting That I Be appointed a diffrent attorney please. The case # is Criminal No: 0:22-cr-00122-SAL

Thank you for your Time,

Shannon L. Myers

*Shannon L. Myers*