Shannon L. Myers #152949
1250 Winkles Rd
Sumter, SC 29153

4-1-24

COLUMBIA SC 290

22 MAR 2024 PM 3 L



Federal Clerk of Court

901 Richland St.

Columbia, SC 29201

INT
29201-232801

The Sumter County Sheriff's Office Detention Center has neither censored nor inspected this item; therefore, the Detention Center does not assume responsibility for its contents.

The Director
Sumter County Sheriff's Office Detention Center